**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ortez Antoinne PROPST,**
**Defendant–Appellant.**

**No. 03–6517.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 18, 2003.

Ortez Antoinne Propst, Appellant Pro Se. Brian Lee Whisler, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ortez Antoinne Propst seeks to appeal the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Propst,* Nos. CR–91–119; CA–01–60–3–2 MU (W.D.N.C. Mar. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*